| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SCSBN 9990) |
|   | United States Attorney |
| 2 | JAY R. WEILL  (CSBN 75434) |
|   | Assistant United States Attorney |
| 3 | Chief, Tax Division |
|   | THOMAS MOORE  (ASBN 4305-T780) |
| 4 | Assistant United States Attorney |
|   |   450 Golden Gate Avenue, Box 36055 |
| 5 |   San Francisco, California 94102 |
|   |   Telephone: (415) 436-6935 |

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| WENDY LEE MOORE; & | ) | |
| RICHARD ANDREW, JR.: TARANTINO | ) | No. C-07-2860-EDL |
| dba T&M CONSTRUCTION, | ) | |
|  | ) | |
| Petitioners, | ) | |
|  | ) | |
| v. | ) | |
|  | ) | |
| THE UNITED STATES & | ) | DECLINATION TO PROCEED |
| WELLS FARGO BANK, | ) | BEFORE A MAGISTRATE JUDGE |
|  | ) | AND REQUEST FOR A |
| Respondents | ) | REASSIGNMENT TO A UNITED |
|  | ) | STATES DISTRICT JUDGE |
|  | ) | |

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for disposition and hereby requests the reassignment of this case to a United States District Judge.

Respectfully Submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/ Thomas Moore
THOMAS MOORE
Assistant United States Attorney
Attorneys for the Plaintiff