SCOTT N. SCHOOLS (SCSBN SC9990)
United States Attorney
JAY R. WEILL  (CSBN 75434)
Chief,  Tax Division
THOMAS MOORE (ASBN 4305-T78O)
Assistant United States Attorneys
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, CA 94102
 Facsimile: (415) 436-6748

Attorneys for the United States of America

### IN THE UNITED STATES DISTRICT COURT FOR THE

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **WENDY LEE MOORE,** <br> **RICHARD ANDREW TARANTINO, JR.,** <br> **dba T & M CONSTRUCTION** <br><br> **Petitioners,** <br><br> **v.** <br><br> **WELLS FARGO BANK,** <br> **UNITED STATES OF AMERICA** <br> **INTERNAL REVENUE SERVICE** <br> **COMMISSIONER, UNITED STATES** <br><br> **Respondents.** | **No. CV-07-02860-MISC CRB** <br><br> **UNITED STATES NOTICE OF** <br> **AMENDED HEARING DATE** <br><br><br> **DATE:   September 21, 2007** <br> **TIME:   10:00 A.M.** <br> **PLACE:  Courtroom 8, 19th Floor** |

        PLEASE TAKE NOTICE that pursuant to the Court's instruction, the Petitioners' Petition

To Quash an IRS Summons and the United States of America's Motion for Summary

Enforcement of that summons, previously set for August 31, 2007, is hereby continued to and re-

noted for 10:00 a.m. on September 21, 2007, before the Honorable Charles R. Breyer, United

States District Judge, United States District Court, 19th Floor, Courtroom No. 8, 450 Golden

Gate Avenue, San Francisco, California.

                                SCOTT N. SCHOOLS
                                United States Attorney

                                /s/ Thomas Moore
                                THOMAS MOORE
                                Assistant United States Attorney
                                Tax Division

1

## CERTIFICATE OF SERVICE

2      I, **KATHY TAT** declare:

3      That I am a citizen of the United States of America and employed in San Francisco

4   County, California; that my business address is Office of United States Attorney, 450 Golden

5   Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen

6   years, and am not a party to the above-entitled action.

7      I am employed by the United States Attorney for the Northern District of California and

8   discretion to be competent to serve papers.  The undersigned further certifies that I caused a copy

9   of the following:

10  **UNITED STATES NOTICE OF AMENDED HEARING DATE**

11  to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed
    envelope, and served as follows:

12
    _X___  **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in
13         the designated area for outgoing U.S. mail in accordance with this office's practice.

14  ____  **PERSONAL SERVICE (BY MESSENGER/HAND DELIVERED)**

15  ____  **FACSIMILE (FAX)** No.: _____

16  to the parties addressed as follows:

17  **Wendy Lee Moore**
    **1519 Terry Lynn Lane**
18  **Concord, CA 94521**

19
    **Richard Andrew Tarantino, Jr.**
20  **1650 Denkinger Road**
    **Concord, CA 94521**
21

22      I declare under penalty of perjury under the laws of the United States that the foregoing is

23  true and correct.

24
        Executed on **July 20, 2007** at San Francisco, California.
25

26
                    _____  /s/ Kathy Tat
27                    **KATHY TAT**
                      **Legal Assistant**
28