**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY LEE MOORE, | No. C 07-02860 CRB |
| Plaintiff, | **Clerk's Notice** |
| v. | |
| THE UNITED STATES OF AMERICA, | |
| Defendant. / | |

YOU ARE NOTIFIED THAT the Court has rescheduled the initial case management conference currently on calendar for 8:30 on October 5, 2007 to **Friday, September 21, 2007 at 10:00 a.m.** to be held with the motions currently on calendar before the Honorable Charles R. Breyer. The case management statement shall be due on September 14, 2007.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: September 5, 2007                                  FOR THE COURT,

                                                          Richard W. Wieking, Clerk

                                                          By: _____
                                                              Barbara Espinoza
                                                              Courtroom Deputy