UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

WENDY LEE MOORE et al,

        Plaintiff,

  v.

THE UNITED STATES et al,

        Defendant.

Case Number: CV07-02860 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 5, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard Andrew, Jr.: Tarantino
1650 Denkinger Road
Concord, CA 94521

Wendy Lee Moore
1519 Terry Lynn Lane
Concord, CA 94521

Dated: September 5, 2007

                                    Richard W. Wieking, Clerk
                                    By: Barbara Espinoza, Deputy Clerk