```
1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Assistant United States Attorney
3  Acting Chief, Tax Division
     9th Floor Federal Building
4    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
5    Telephone:   (415) 436-6935
     Fax:         (415) 436-6748
6
   Attorneys for United States of America
7
```

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WENDY LEE MOORE and RICHARD ANDREW TARANTINO, JR., pro se,<br><br>Petitioners,<br><br>v.<br><br>THE UNITED STATES and WELLS FARGO BANK,<br><br>Respondents. | Case No. C-07-02860 MISC CRB<br><br>GOVERNMENT'S CASE MANAGEMENT CONFERENCE STATEMENT<br><br>DATE: September 21, 2007<br>TIME: 10:00 a.m. |

The United States submits this separate Case Management Conference Statement for the reason that although petitioners provided this office with a Joint Case Management Conference, they did not return calls for government revisions or additions. For that reason and for the Court's benefit the United States makes the following addition to the Joint Case Management Statement.

**PETITIONERS ARE NOT ENTITLED TO DISCOVERY**

Petitioners state that discovery is necessary in this matter. The petitioners are not entitled to discovery as because the summary nature of summons proceedings limits the circumstances under which discovery is available. **United States v. Stuart**, 489 U.S. 353, 369 (1989). Discovery is rarely appropriate in summons cases. See **Chen Chi Wang v. United States**, 757 F.2d 1000, 1004 (9th Cir. 1985). In order for discovery to occur, a taxpayer must make "a substantial preliminary showing that enforcement of the summons would result in an abuse of the court's process" and that "discovery would likely lead to useful, relevant evidence." **Robert v. United States**, 364 F.3d 988,

1  999-1000 (8th Cir. 2004). Because no such showing has been made discovery is not appropriate in
2  this matter.

3                                          Respectfully submitted,

4                                          SCOTT N. SCHOOLS
                                         United States Attorney

6                                          /s/ Thomas Moore
                                         THOMAS MOORE
7                                          Assistant United States Attorney
                                         Tax Division