1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Assistant United States Attorney
3  Acting Chief, Tax Division
    9th Floor Federal Building
4   450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
5   Telephone:   (415) 436-6935
    Fax:         (415) 436-6748
6
   Attorneys for United States of America
7
                IN THE UNITED STATES DISTRICT COURT FOR THE
8
                       NORTHERN DISTRICT OF CALIFORNIA
9
                              SAN FRANCISCO DIVISION
10
   WENDY LEE MOORE and RICHARD        )   Case No. C-07-02860 MISC CRB
11 ANDREW TARANTINO, JR., pro se,     )
                                      )
12           Petitioners,             )
                                      )   **CERTIFICATE OF SERVICE**
13      v.                            )
                                      )
14 THE UNITED STATES and              )
   WELLS FARGO BANK,                  )
15                                    )
                  .                   )
                Respondents.          )
16 _____    )

17       I, **KATHY P. TAT** declare:

18       That I am a citizen of the United States of America and employed in San Francisco County,

19 California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box

20 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party

21 to the above-entitled action.

22       I am employed by the United States Attorney for the Northern District of California and

23 discretion to be competent to serve papers. The undersigned further certifies that I caused a copy of the

24 following:

25 GOVERNMENT'S  CASE MANAGEMENT CONFERENCE MANAGEMENT - Efiled September
   14, 2007
26

27 to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed

28 envelope, and served as follows:

Certificate of Service
C-07-02860-MISC CRB                                                                          Page 1

1  __X_  **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the
2  designated area for outgoing U.S. mail in accordance with this office's practice.

3  ____  **PERSONAL SERVICE (BY MESSENGER)**

4  ____  **FACSIMILE (FAX)** No.: _____

5  to the parties addressed as follows:

6  *Wendy Lee Moore*
   *1519 Terry Lynn Lane*
7  *Concord, CA 94521*

8  *Richard Andrew, Jr.: Tarantino*
   *1650 Denkinger Road*
9  *Concord, CA 94521*

10      I declare under penalty of perjury under the laws of the United States that the foregoing is true
11  and correct.

12      Executed on **September 17, 2007** at San Francisco, California.

15                              _____
                                **KATHY P. TAT**
                                **Legal Assistant**