**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **September 21, 2007**

**C-07-02860 CRB**

**WENDY LEE MOORE  v.  THE UNITED STATES**

Attorneys:     Pro Se                    Juan Araneda , Thomas Moore

Deputy Clerk: **BARBARA ESPINOZA**          Reporter: **James Yeomans**

**PROCEEDINGS:**                                                        **RULING:**

1. P's Petition to Quash                                              Denied w/o prejudice

2. Motion for Summary Enforcement                                     Granted

3.

**ORDERED AFTER HEARING:**

( ) ORDER TO BE PREPARED BY:   Plntf____  Deft____  Court____

( ) Referred to Magistrate Judge For: _____
        ( )By Court       ( )Parties to approach Chief Magistrate in future

( ) CASE CONTINUED TO _____         for _____

Discovery Cut-Off _____              Expert Discovery Cut-Off _____

Plntf to Name Experts by _____       Deft to Name Experts by _____

P/T Conference Date _____   Trial Date _____   Set for ____ days
                    Type of Trial:  ( )Jury    ( )Court

Notes: _____