Richard-Andrew, Jr.: Tarantino
1650 Denkinger Road
Concord, California [94521]
(925) 686-1206

Plaintiff, In Pro Per

FILED
07 NOV 19 PM 2:47
RICHARD W. WILKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Richard-Andrew, Jr: Tarantino

        Plaintiff,

vs.

Wells Fargo Bank, United States of America, Internal Revenue Service,

        Respondents.

CASE NO. CV-07-02860 Misc. CRB

NOTICE OF APPEAL

PLEASE TAKE NOTICE THAT plaintiff Richard-Andrew, Jr.: Tarantino hereby appeals to the Ninth Circuit Court of appeals from the dismissal of this action dated September 21, 2007.

Date: *November 19, 2007*

Submitted by,

*Richard-Andrew, Jr.: Tarantino*
Richard-Andrew, Jr.: Tarantino

1