**FILED**
**DEC 07 2007**
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RICHARD ANDREW TARANTINO, JR., | No. 07-17138 |
| Petitioner - Appellant, | D.C. No. CV-07-02860-CRB<br>Northern District of California,<br>San Francisco |
| and | |
| WENDY LEE MOORE, | |
| Petitioner, | ORDER |
| v. | |
| UNITED STATES INTERNAL REVENUE SERVICE; et al., | |
| Respondents - Appellees. | |

A review of the district court docket reflects that appellant has not paid the docketing and filing fees for this appeal. Within 21 days from the date of entry of this order, appellant shall: (1) file a motion with this court to proceed in forma pauperis; (2) pay $455.00 to the district court as the docketing and filing fees for this appeal and provide proof of payment to this court; or (3) otherwise show cause why the appeal should not be dismissed for failure to prosecute. If appellant

S:\PROSE\clerkords\2007\12-07\07-17138.wpd

07-17138

fails to comply with this order, the appeal will be dismissed automatically by the Clerk under Ninth Circuit Rule 42-1.

>For the Court:
>
>CATHY A. CATTERSON
>Clerk of the Court
>
>*Joseph Williams*
>Joseph Williams
>Deputy Clerk
>Local Rule 27-7